In the Matter of the Election of Directors of the NEW YORK ANTI-VIVISECTION SOCIETY, a Corporation. NEW YORK ANTI-VIVISECTION SOCIETY, Appellant; ALICE C. CAMPBELL and MILDRED BELL, on Behalf of Themselves and Other Members of the NEW YORK ANTI-VIVISECTION SOCIETY, Petitioners-Respondents, and PAUL J. McCAULEY, as Inspector Appointed by the Court, Respondent.—

Order, so far as appealed from, awarding compensation to the inspector designated by the Special Term of the Supreme Court to supervise a new election of directors of the New York Anti-Vivisection Society, and awarding compensation to the accountants employed by him, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.